

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | **JOSEPH A. MARUTOLLO**<br>*Assistant Corporation Counsel*<br>Phone: (212) 788-1300<br>Fax: (212) 788-9776<br>jmarutol@law.nyc.gov |

August 9, 2011

**BY E.C.F.**
Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  Lorenzo Chambers v. Superintendent of Center, et al
            11-cv-920 (RRM)(MDG)

Your Honor:

       I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter.  Defendants write to inform the Court that the parties have reached an agreement in principle to settle this matter.  Accordingly, defendants will forward the requisite documents to plaintiff for execution.  As soon as the papers are fully executed, defendants will submit the Stipulation and Order of Settlement and Dismissal to the assigned District Judge for endorsement and filing.

       As the parties have reached a settlement agreement, defendants also request that the conference currently scheduled for August 12, 2011 be adjourned *sine die*.  Plaintiff consents to this request.

       Defendants thank the Court for its time and consideration in this matter.

                              Respectfully submitted,

                              */s/ Joseph A. Marutollo*

                              Joseph A. Marutollo
                              Assistant Corporation Counsel
                              Special Federal Litigation

cc:    Lorenzo Chambers, Plaintiff *Pro Se* (By First Class Mail)
        09-A-5116
        Livingston Correctional Facility
        PO Box 91
        Sonyea, NY 14556